**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALTERA CORPORATION & SUBSIDIARIES, *Petitioner-Appellee*, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, *Respondent-Appellant.* | Nos. 16-70496 <br> 16-70497 <br><br> Tax Ct. Nos. <br> 6253-12 <br> 9963-12 <br><br> ORDER |

Filed August 7, 2018

Before: Sidney R. Thomas, Chief Judge, and Susan P. Graber and Kathleen M. O'Malley * Circuit Judges.

**ORDER**

The Opinions filed July 24, 2018, are hereby withdrawn to allow time for the reconstituted panel to confer on this appeal.

---

* The Honorable Kathleen M. O'Malley, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, sitting by designation.